PROGRESSIVE CLAY COMPANY, Appellant, *v.* GLOBE INDEMNITY COMPANY, Respondent.

(Argued October 8, 1936; decided October 23, 1936.)

*Abraham H. Sarasohn* and *Joseph L. Lefkowitz* for appellant.

*Thomas E. O'Brien* and *Thomas F. Conway* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.